# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM GILDAS,<br><br>    Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>    Defendants. | 2:19-cv-00851-JCM-VCF<br><br>**ORDER** |

Before the court is the Stipulated Discovery Plan and Scheduling Order (ECF No. 13). The proposed discovery plan and scheduling order is no approved. The filing does not comply with the last sentence of LR 26-1(a).

Accordingly,

IT IS HEREBY ORDERED that the Stipulated Discovery Plan and Scheduling Order (ECF No. 13) is DENIED.

IT IS FURTHER ORDERED that the parties must file an amended proposed discovery plan and scheduling order in compliance with LR 26-1(a) on or before January 31, 2020.

DATED this 17th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE