# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WILLIAM GILDAS,

    Plaintiff,

vs.

FINANCIAL PACIFIC INSURANCE COMPANY,

    Defendants.

2:19-cv-00851-JCM-VCF

**ORDER**

On January 17, 2020, the court ordered the parties to file an amended proposed discovery plan and scheduling order in compliance with LR 26-1(a) by January 31, 2020. (ECF No. 14). To date, no amended discovery plan and scheduling order has been filed.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:00 PM, February 18, 2020, in Courtroom 3D.

DATED this 4th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE