| | |
|---|---|
| 1 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
| 2 | Gordon M. Park<br>Nevada Bar No. 7124 |
| 3 | *gordon.park@mccormickbarstow.com*<br>Jonathan W. Carlson |
| 4 | Nevada Bar No. 10536<br>*jonathan.carlson@mccormickbarstow.com* |
| 5 | Tayler D. Martinez<br>Nevada Bar No. 14921 |
| 6 | *tayler.martinez@mccormickbarstow.com*<br>8337 West Sunset Road, Suite 350 |
| 7 | Las Vegas, Nevada 89113<br>Telephone:  (702) 949-1100 |
| 8 | Facsimile:  (702) 949-1101 |
| 9 | Attorneys for Defendant<br>Financial Pacific Insurance Company |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM GILDAS,<br><br>  Plaintiff,<br><br>  v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-00851-JCM-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

Defendant Financial Pacific Insurance Company ("Defendant"), by and through its attorneys of record of the law offices of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, hereby requests that Renee M. Maxfield, Esq. be removed from the list of counsel to be noticed. Gordon M. Park, Esq., Jonathan W. Carlson, Esq., and Tayler M. Martinez, Esq. have assumed the representation of Defendant in the place and stead of Ms. Maxfield.

/ / /

/ / /

/ / /

1  Accordingly, we respectfully request the Court remove Ms. Maxfield from the Court's electronic filing service list through CM/ECF, and in her place add Jonathan W. Carlson and Tayler M. Martinez.

DATED this 27th day of March, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By       /s/ *Jonathan W. Carlson*
Gordon M. Park
Nevada Bar No. 7124
Jonathan W. Carlson
Nevada Bar No. 10536
Tayler D. Martinez
Nevada Bar No. 14921
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant
Financial Pacific Insurance Company

6742960.1

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-2-2020

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2020, a true and correct copy of **MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By     /s/ *Mandy Vogel*
Mandy Vogel, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP