McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park
Nevada Bar No. 7124
   gordon.park@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
   jonathan.carlson@mccormickbarstow.com
Tayler D. Martinez
Nevada Bar No. 14921
   tayler.martinez@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
Financial Pacific Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| WILLIAM GILDAS, | Case No. 2:19-cv-00851-JCM-VCF |
| Plaintiff, | |
| v. | |
| FINANCIAL PACIFIC INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff, WILLIAM GILDAS, by and through his counsel of record, the Richard Harris Law Firm, and Defendant FINANCIAL PACIFIC INSURANCE COMPANY, by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, and hereby stipulate and agree that the above captioned matter shall be dismissed with prejudice, each party to bear his/its own attorneys' fees and costs.

Furthermore, the Parties agree that this Stipulation and Order shall function to discharge Defendant from any and all claims or potential claims which may now, or may in the future, exist related to or arising from the subject matter of this lawsuit, or the litigation resulting therefrom,

including any potential liability which exist, may exist, against each other.

Dated this 6th day of January, 2021

RICHARD HARRIS LAW FIRM

By /s/ Christian Z. Smith
　　Christian Z. Smith, Esq.
　　Nevada Bar No. 8266
　　801 South Fourth Street
　　Las Vegas, Nevada 89101
　　Telephone: (702) 444-4444
　　Facsimile: (702) 444-4455
　　*Attorney for Plaintiff*

Dated this 6th day of January, 2021

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By　/s/ Gordon M. Park
　　Gordon M. Park
　　Nevada Bar No. 7124
　　Jonathan W. Carlson
　　Nevada Bar No. 10536
　　Tayler D. Martinez
　　Nevada Bar No. 14921
　　8337 West Sunset Road, Suite 350
　　Las Vegas, Nevada 89113
　　Tel. (702) 949-1100
　　*Attorneys for Financial Pacific Insurance Company*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-referenced matter shall be dismissed with prejudice, each party to bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED January 27, 2021.

By _____
UNITED STATES DISTRICT JUDGE

028253-000040 7282614.1

## Tricia Dorner

**From:** Christian Smith <christian@richardharrislaw.com>
**Sent:** Wednesday, January 06, 2021 12:27 PM
**To:** Icela Aveytia
**Cc:** Tricia Dorner; Jonathan Carlson; Mandy Vogel
**Subject:** RE: Gildas v. Financial Pacific

You have permission to use electronic signature.

Christian

**From:** Icela Aveytia <icela@richardharrislaw.com>
**Sent:** Wednesday, January 6, 2021 12:26 PM
**To:** Christian Smith <christian@richardharrislaw.com>
**Cc:** Tricia Dorner <Tricia.Dorner@mccormickbarstow.com>; Jonathan Carlson <Jonathan.Carlson@mccormickbarstow.com>; Mandy Vogel <Mandy.Vogel@mccormickbarstow.com>
**Subject:** FW: Gildas v. Financial Pacific
**Importance:** High

Christian,

I forgot to include the Stipulation and Order to our runner. Please let Ms. Dorner know that it is okay for their office to include your electronic signature.

**Icela Aveytia**
Paralegal



801 South 4th Street | Las Vegas, NV 89101
tel (702) 444-4444 x 273 | fax (702) 444-4455

  

Confidentiality Notice: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Tricia Dorner <Tricia.Dorner@mccormickbarstow.com>
**Sent:** Tuesday, December 22, 2020 4:49 PM
**To:** Christian Smith <christian@richardharrislaw.com>
**Cc:** Gordon Park <Gordon.Park@mccormickbarstow.com>; Jonathan Carlson <Jonathan.Carlson@mccormickbarstow.com>; Mandy Vogel <Mandy.Vogel@mccormickbarstow.com>; Icela Aveytia

1